1  Daniel P. Struck, Bar No. 012377
   Ashlee B. Hesman, Bar No. 028874
2  Carmine DiPiero, Bar No. 035255
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3  3100 West Ray Road, Suite 300
   Chandler, Arizona 85226
4  (480) 420-1600
   dstruck@strucklove.com
5  ahesman@strucklove.com
   cdipiero@strucklove.com
6
   *Attorneys for Defendants Bonilla and Pearcy*
7
                **UNITED STATES DISTRICT COURT**
8
                      **DISTRICT OF ARIZONA**
9

| | |
|---|---|
| Miriam Martinez, on behalf of the Estate of Steven Lemus; Arcelia Romero Martinez, statutory beneficiary; Angelica Tautimez on behalf of statutory beneficiaries; and surviving minor children, L.L. and J.L., | No. 2:23-cv-00662-ROS-MTM |
| | **NOTICE OF SETTLEMENT** |
| Plaintiffs, | |
| v. | |
| Sheriff Paul Penzone, in his official capacity; Maricopa County, a public entity; Angelo Pearcy and Unknown Spouse Pearcy, a married couple; Richard Bonilla and Unknown Spouse Bonilla, a married couple; Kimberly Funchess and Unknown Spouse Funchess, a married couple; John and Jane Does 1-10, | |
| Defendants. | |

Pursuant to L.R.Civ 40.2(d), Defendants Bonilla and Pearcy through counsel, hereby notify the Court that the Plaintiffs and all of the Defendants have reached a settlement in the above-captioned matter. The parties are in the process of preparing the Settlement Agreement and Release. Additionally, this settlement will require court approval from the probate division of the Maricopa County Superior Court (as the matter involves two minors), as well as final approval of the settlement amount in the form of a public vote by the Maricopa County Board of Supervisors. The parties will file a Stipulation to Dismiss and proposed Order of Dismissal upon completion of probate approval and the execution of the Settlement Agreement and Release. The parties request

the court vacate all pending deadlines and require the parties to submit a status report within sixty (60) days reporting on: (1) the status of the probate proceeding and (2) the timing of the public vote by the Maricopa County Board of Supervisors.

DATED this 11th day of March 2024.

                            STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                            By */s/ Daniel P. Struck*
                                 Daniel P. Struck
                                 Ashlee B. Hesman
                                 Carmine DiPiero
                                 3100 West Ray Road, Suite 300
                                 Chandler, Arizona 85226

                                 *Attorneys for Defendants Bonilla and Pearcy*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Larry J. Wulkan | larry.wulkan@zwfirm.com |
| Jennifer L. Allen | jennifer.allen@zwfirm.com |
| Charles E. Trullinger | trullinc@mcao.maricopa.gov |
| | ca-civilmailbox@mcao.maricopa.gov |
| Kim Chamberlain | Kim.chamberlain@mcao.maricopa.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

/s/ Kim Penny